■ In the Matter of the Arbitration between MILLIKEN WOOLENS, INC., et al., and WEBER KNIT SPORTSWEAR, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ JOAN W. KESSELER v. HOWARD J. KESSELER.— Motion granted insofar as to extend the defendant-appellant's time to serve and file the record on appeal and appellant's points to and including February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ CYNTHIA J. THARAUD v. JAMES BROS. REALTY CO., INC. et al.— Motion granted insofar as to further extend appellant's time to procure the record on appeal and appellant's points to be served and filed up to and including February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before February 17; reply briefs to be served and filed on or before February 23, 1960. The order of this court entered November 19, 1959 is modified accordingly. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THOMAS V. GLENDON v. PATRICIA GLENDON.— Appeal from orders of the Supreme Court, New York County, entered on February 19, 1959, dismissed without costs on ground appeal abated with discontinuance of action. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ AUGUST ZAULICH v. THOMPKINS SQUARE HOLDING CO., INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 1, 1960, with notice of argument for the April 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ WALTER P. REUTHER, as President, v. SAUL YELLIN et al.— Motion for stay granted and the stay contained in the order to show cause, dated December 23, 1959, is continued pending the hearing and determination of the appeal, on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before February 2, 1960, with notice of argument for the March 1960 Term of this court, said appeal to be argued or submitted when reached. If the appellants fail to comply with the condition imposed, the respondent may enter an order vacating the stay without notice to appellants. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.